IN THE SUPREME COURT OF NORTH CAROLINA

No. 14A25

Filed 22 May 2026

MARY A. HILL

v.

RENEE P. EWING, CURTIS E. EWING, HERMAN T. EWING, NATHANIEL V. EWING, and MONICA Y. EWING, the heirs of Annie Marie Ewing, and CORA LEE BRANHAM, HERMAN BRANHAM, ROSLYN BRANHAM PAULING, LARUE BRANHAM, and LEROY BRANHAM, the heirs of Annie Branham, BRIGHT & NEAT INVESTMENT LLC, THOMAS RAY, CLARISSA JUDIT VERDUGO GAXIOLA (aka CLARISSA J. VERDUGO), and GEOFFREY HEMENWAY

Appeal pursuant to N.C.G.S. § 7A-30(2) (2023) from the decision of a divided panel of the Court of Appeals, 296 N.C. App. 624 (2024), affirming an order entered on 3 April 2023 by Judge David H. Strickland in Superior Court, Mecklenburg County, dismissing plaintiff's claims against defendant Geoffrey Hemenway for failure to state a claim upon which relief can be granted. Heard in the Supreme Court on 16 April 2026.

> *The Odom Firm, PLLC, by Martha C. Odom and Thomas L. Odom Jr., for plaintiff-appellant.*

> *Alexander Ricks, PLLC, by Amy P. Hunt and Miller F. Capps, for defendant-appellee Geoffrey Hemenway.*

> *No brief for defendant-appellees Renee P. Ewing, Curtis E. Ewing, Herman T. Ewing, Nathaniel V. Ewing, Monica Y. Ewing, Cora Lee Branham, Herman Branham, Rosyln Branham Pauling, Larue Branham, Leroy Braham, Bright & Neat Investment LLC, Thomas Ray, and Clarissa Judit Verdugo Gaxiola (aka Clarissa J. Verdugo).*

PER CURIAM.

*Opinion of the Court*

AFFIRMED.